■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIEZER DIAZ, Appellant. [783 NYS2d 298]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Hollie, J.), rendered April 4, 2003, convicting him of assault in the second degree, assault in the third degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's remaining contentions either are unpreserved for appellate review or without merit. H. Miller, J.P., Krausman, Cozier and Spolzino, JJ., concur.